## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1/22/08  At 3:30 PM |

NAME OF SERVER (*PRINT*)  Michael Gitlitz

TITLE  Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 86 chambers St NY NY  Left with Aretha Charles.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/23/08
Date

_____
Signature of Server

240 Central Ave Lawrence NY
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF NEW YORK U.S. DISTRICT SOUTHERN

COUNTY OF   NEW YORK

Index # : 08 CV 0544
Date Filed:    1/22/08
Invoice Work Order #  B19245    Room #

Time: _____    Attnys File # _____

**Attorney:**  A106  NEWMAN, ANZALONE & ASSOCIATES, 97-45 QUEENS BLVD., 6TH FLR., FOREST HILLS, NY  11374 (718) 896-2700

KATHLEEN KAFER

Plaintiff(s) Petitioner(s)

VS

UNITED STATES OF AMERICA
US ATTORNEY'S OFFICE

Defendant(s) Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.

## AFFIDAVIT OF SERVICE

MICHAEL GITLITZ         , being duly sworn deposes and says: Deponent is not a party herein, is over

18 Years of age  and  resides in The State of NEW YORK    ON:  January    22,   2008    At  3:30    PM

At:  86 CHAMBERS ST., NEW YORK, NY                                      . deponent served the within

CIVIL COVER SHEET                    on:  UNITED STATES OF AMERICA       Witness/defendant/respondent
WITH SUMMONS AND COMPLAINT              US ATTORNEY'S OFFICE            therein named

**A. INDIVIDUAL**  By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person
[ ]  in said writ. (A fee of         pursuant to CPLR Section 8001, was tendered to witness)

**B. CORPORATION**  By delivering to and leaving with  ARETHA CHARLES                and that he knew the person
[X]  So served to be the Managing Agent of the corporation, and authorized to accept service (A fee of         pursuant  to CPLR Section 8001
was tendered to witness)

**C. SUITABLE**  Service was made in the following manner after deponent was unable with due dillgence to serve witness/defendant in person:
**AGE PERSON**  By delivering a true copy of each to                      a person of suitable age and discretion.
[ ]
Said premises is defendant/respondent{    } actual place of business {    } dwelling house ( usual place of abode) within the state.

**D. AFFIXING**  (A fee of         pursuant to CPLR section 8001, was tendered to the witness.)
**TO DOOR**  By affixing a true copy of each to the door of said premises, which is defendant/respondent/witness: {    }    actual place of business
[ ]  {    } dwelling house (place of abode) within the state. (A fee of         pursuant to CPLR section 8001, was tendered to the witness.)

**E. MAILING**  on               deponent completed service by depositing a true copy of each document to the above
Use with C or D  address in 1st Class postpaid properly addressed envelope marked"Personal and Confidential" in an official depository
under the exclusive care and custody of the United States Post Office in the State of New York.

[ ]  Last known residence
[ ]  Last known place of  business ( additional  endorsement  of  Personal  and Confidential on face of envelope.)
[ ]  RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. PREVIOUS ATTEMPTS**      Deponent previously attempted to serve the above named defendant/respondent on below dates and times:
Use with D
[ ]                    on the       day of       year       at
                     on the       day of       year       at
                     on the       day of       year       at

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANTS IS AS FOLLOWS.

**G. DESCRIPTION**  Sex: Female    Color of skin: Black    Color of hair: Black    Age: 36-50    Height: 5.4'-5.8'    Weight: 161-200Lbs
[X]
Other Features:

**MILITARY SERVICE**  Deponent  asked the person spoken to whether the defendant was presently in military service of  the United States Government  or of the
[F]  State of New York and was informed that defendant was not. Defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me on____JANUARY 23, 2008____                    Server. _____

Notary
LOIS LUCIERE
NOTARY PUBLIC. State of New
York No 01LU5055449 Qualified in           MICHAEL GITLITZ  907503
Nassau County Commission
Expires 2/12/2010

STATE OF NEW YORK U.S. DISTRICT SOUTHERN

COUNTY OF   NEW YORK

Index # 08 CV 0544    Return Date.
Date Filed:
Part #
Invoice Work Order # B19246    Room #

Time:    Attnys File #

**Attorney:** A106 NEWMAN, ANZALONE & ASSOCIATES, 97-45 QUEENS BLVD., 6TH FLR., FOREST HILLS, NY 11374 (718) 896-2700

KATHLEEN KAFER

VS

Plaintiff(s) Petitioner(s)

UNITED STATES OF AMERICA
US ATTORNEY'S OFFICE

Defendant(s) Respondent(s)

---

STATE OF NEW YORK,COUNTY OF NASSAU,SS.    ## AFFIDAVIT OF SERVICE

MICHAEL GITLITZ    ,being duly sworn deposes and says: Deponent is not a party herein, is over

18 Years of age  and  resides in The State of NEW YORK    ON: January   24,   2008   At

**At:** CONSTITUTION AVE. & 10TH ST. NW
WASHINGTON, DC. 20530    .deponent served the within

CIVIL COVER SHEET    on: UNITED STATES OF AMERICA    Witness/defendant/respondent
WITH SUMMONS AND COMPLAINT    US ATTORNEY'S OFFICE    therein named

**A. INDIVIDUAL**    By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person
in said writ. (A fee of        pursuant to CPLR Section 8001,was tenderered to witness)

**B. CORPORATION**    By delivering to and leaving with                and that he knew the person
So served to be the Managing Agent of the corporation, and authorized to accept service (A fee of        pursuant to CPLR Section 8001
was tendered to witness)

**C. SUITABLE AGE PERSON**    Service was made in the following manner after deponent was unable with due dilgence to serve witness/defendant in person:
By delivering a true copy of each to                a person of suitable age and discretion.
Said premises is defendant/respondent{   } actual place of business {   } dwelling house ( usual place of abode) within the state.
(A fee of        pursuant to CPLR section 8001,was tendered to the witness.)

**D. AFFIXING TO DOOR**    By affixing a true copy of each to the door of said premises, which is defendant/respondent/witness: {   }   actual place of business
{   } dwelling house (place of abode) within the state. (A fee of        pursuant to CPLR section 8001,was tendered to the witness.)

**E. MAILING**
Use with C or D
[X]    on JANUARY 24, 2008    deponent completed service by depositing a true copy of each document to the above
address in 1st Class postpaid properly addressed envelope marked"Personal and Confidential" in an official depository
under the exclusive care and custody of the United States Post Office in the State of New York.

[  ] Last known residence
[  ] Last known place of business ( additional endorsement of Personal and Confidental on face of envelope.)
[  ] RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F.PREVIOUS ATTEMPTS**
Use with D    Deponent previously attempted to serve the above named defendant/respondent on below dates and times:

on the      day of    year      at
year      at
year      at

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $0.97 | 0516 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | 01 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.77 | 01/24/2008 |

Sent To  U.S. Attorney's Office
Street, Apt. No.; or PO Box No  Constitution Ave.&10th St NW
City, State, ZIP+4  Washington DC 20530

PS Form 3800, August 2006    See Reverse for Instructions

7007 0220 0002 7353 9942

ER PERSON SERVED ON BEHALF OF THE DEFENDANTS IS AS FOLLOWS.

Color of hair:    Age:    Height:    Weight:

r the defendant was presently in military service of the United States Government  or of the
endant was not. Defendant wore ordinary civilian clothes and no military uniform.

Server.

MICHAEL GITLITZ  907503

PROCESS SERVICE INC.  P.O. BOX 27 Cedarhurst,N.Y. 11516 (516) 374-5143 Fax (516) 374-5146