UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN KAFER
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

UNITED STATES OF AMERICA
_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

08   Civ. 0544   (LTS) (KNF)

**AFFIRMATION OF SERVICE**

I, GREGORY S. NEWMAN _____, **declare under penalty of perjury** that I have
      *(name)*

served a copy of the attached   INITIAL CONFERENCE ORDER _____
                                 *(document you are serving)*

upon  UNITED STATES OF AMERICA _____ whose address is _____
       *(name of person served)*

U.S. ATTORNEY'S OFFICE 86 CHAMBERS STREET, NEW YORK, NY 10017
                    *(where you served document)*

by  MAIL _____.
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  QUEENS    ,  NY
       *(town/city)*  *(state)*

   FEBRUARY    6  , 20 08
    *(month)*    *(day)* *(year)*

*Signature*
NEWMAN ANZALONE & ASSOCIATES LLP
97-45 QUEENS BLVD., 6th FL
*Address*

REGO PARK, NEW YORK
*City, State*

11374
*Zip Code*

718-896-2700
*Telephone Number*

Rev. 05/2007