UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

KATHLEEN KAPER,

        Plaintiff,

-v.-                                    No. 08 Civ. 544 (LTS)(KNF)

UNITED STATES OF AMERICA,        CONSENT TO PROCEED
                                           BEFORE A MAGISTRATE JUDGE
        Defendant.

------------------------------------------------x

LAURA TAYLOR SWAIN, District Judge:

        IT IS HEREBY STIPULATED by the undersigned:

        1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

        2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s)
Address: Newman Anzalone & Assoc.
Telephone: 97-45 Queens Blvd., 6th Fl
Forest Hills, NY 11374 (718) 796-2700

Attorney(s) for Defendant(s)
Address: UNITED STATES ATTORNEY'S OFFICE
Telephone: 86 CHAMBERS ST., 3rd FLOOR
NEW YORK NY 10007
212-637-2745

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED:

Dated: New York, New York
        April 8, 2008

4/10/08
LAURA TAYLOR SWAIN
United States District Judge

Magistrate _____ was assigned this case on _____, 200_

For: Clerk U.S.D.C. S.D.N.Y

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 0 2008