UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KATHLEEN KAFER,      :

    Plaintiff,      :

    -against-      :      **ORDER**

UNITED STATES OF AMERICA      :

    Defendants.      :      08 Civ. 544 (KNF)

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    An initial pretrial conference will be held in the above-captioned action on May 6, 2008, at 2:00 p.m., before Kevin Nathaniel Fox, United States Magistrate Judge, in courtroom 20A, 500 Pearl Street, New York, New York.

    During the scheduled initial pretrial conference, the parties must be fully prepared to discuss any issues pertaining to this case, including subject matter jurisdiction, venue, schedules for discovery, insurance coverage and settlement.

Dated: New York, New York
       April 23, 2008

SO ORDERED:

_/s/ Kevin Nathaniel Fox_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE